No. 5338. APODACA ET AL. *v.* OREGON. Ct. App. Ore. [Certiorari granted, *ante,* p. 901.] Motion to dispense with printing *amicus curiae* brief of National Legal Aid & Defender Assn. granted.

No. 688. LYONS *v.* MURRAY, U. S. DISTRICT JUDGE. Motion for leave to file petition for writ of mandamus denied.

No. 759. UNITED STATES *v.* ARMOUR & CO. ET AL. Appeal from D. C. N. D. Ill. Probable jurisdiction noted. MR. JUSTICE BLACK and MR. JUSTICE BLACKMUN took no part in the consideration or decision of this matter.

No. 5750. STANLEY *v.* ILLINOIS. Sup. Ct. Ill. Motion for leave to proceed *in forma pauperis* and certiorari granted.

No. 861. BURTMAN ET AL. *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 865. MARINE CARRIERS CORP. *v.* FOWLER, SECRETARY OF THE TREASURY, ET AL. C. A. 2d Cir. Certiorari denied.

No. 870. McGEE *v.* CALIFORNIA. App. Dept., Super. Ct. Cal., County of Santa Cruz. Certiorari denied.

No. 871. DAY-GLO COLOR CORP. (FORMERLY SWITZER BROTHERS, INC.) ET AL. *v.* LOCKLIN ET AL., DBA RADIANT COLOR Co.; and
No. 923. LOCKLIN ET AL., DBA RADIANT COLOR Co. *v.* DAY-GLO COLOR CORP. ET AL. C. A. 7th Cir. Certiorari denied. Reported below: 429 F. 2d 873.